IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE RIVAS,<br><br>              Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, and VOESTALPINE RAILWAY SYSTEMS NORTRAK, LLC, a Wyoming corporation,,<br><br>              Defendants. | 4:22-CV-3160<br><br>ORDER |

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 37) is granted.

2. The plaintiff's claim against defendant Voestalpine Railway Systems Nortrak, LLC is dismissed with prejudice.

3. Voestalpine Railway Systems Nortrak, LLC is terminated as a party.

4. Voestalpine Railway Systems Nortrak, LLC's motion to dismiss (filing 24) is denied as moot.

Dated this 29th day of March, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge